## JACOB BELLER v. ROBERT R. STEVENS.

*Writ of error is of right.*

A writ of error is of right, and its dismissal is equivalent to a non-suit and does not bar the issue of a new writ.

MOTION to dismiss writ of error. Submitted and decided January 14. Granted. It was urged by plaintiff in error that the dismissal of the writ would practically deprive him of any remedy, and that if dismissed, it should at least be dismissed without prejudice, inasmuch as the delay had not been due entirely to the fault of plaintiff in error, who had endeavored without success to have his exceptions perfected.

*F. A. Baker* for the motion.

*B. T. Prentis* against.

PER CURIAM. Until the expiration of two years from the date of the judgment there will be no bar to a new writ. Dismissing a writ of error is equivalent to a non-suit, and cannot prevent further proceedings, which are a matter of right until barred by statute.